IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02527-DME-KMT

COLORADO CASUALTY INSURANCE COMPANY,

    Plaintiffs,

v.

BROCK USA LLC, and the CITY OF COQUITLAM,

    Defendants.

---

**ORDER**

---

THIS MATTER COMES BEFORE the Court on Plaintiff's Motion to Dismiss City of Coquitlam [Doc. No. 14]. The motion is GRANTED.

IT IS HEREBY ORDERED that Defendant City of Coquitlam is dismissed from this civil action without prejudice, each party to bear its own attorneys' fees.

DONE AND SIGNED this  7th  day of    December   , 2011.

                                          BY THE COURT:

                                          *s/ David M. Ebel*

                                          U. S. Circuit Court Judge