IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02527-DME-KMT

COLORADO CASUALTY INSURANCE COMPANY,

    Plaintiff and Counter-Defendant,

v.

BROCK USA, LLC,

    Defendant and Counter Claimant.

___

**ORDER**

___

    THIS MATTER COMES BEFORE the Court on Defendant's motion to stay briefing on Defendant's motion for partial summary judgment.  (Doc. 31.)  Plaintiff opposes the stay.  Nevertheless, the Court will grant the motion and stay briefing on the partial summary judgment motion.  Defendant may file an expanded summary judgment motion by the Dispositive Motion Deadline established in the Scheduling Order, July 16, 2012.  (Doc. 18 at 13-14.)

    DONE AND SIGNED this  19th  day of  January , 2012.

                                               BY THE COURT:

                                               *s/ David M. Ebel*

                                               U. S. Circuit Court Judge