IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02527–DME–KMT

COLORADO CASUALTY INSURANCE COMPANY,

 Plaintiff,

v.

BROCK USA LLC,

 Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

The "Unopposed Motion for Leave to Amend Complaint" (Doc. No. 33, filed January 27, 2012) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk shall file the Amended Complaint for Declaratory Relief (Doc. No. 33-1) and the exhibits thereto (Doc. Nos. 33-2 through 33-11).

Dated: January 31, 2012