IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02527–DME–KMT

COLORADO CASUALTY INSURANCE COMPANY,

    Plaintiff,

v.

BROCK USA LLC,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Defendant Brock USA LLC's Unopposed Motion for Leave to File Amended Counterclaims" (Doc. No. 36, filed January 30, 2012) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk shall file the Amended Counterclaims (Doc. No. 36-1) and the exhibit thereto (Doc. No. 36-2).

Dated: February 3, 2012