**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-02527-DME-KMT

COLORADO CASUALTY INSURANCE COMPANY,

        Plaintiff,

v.

BROCK USA LLC, and the CITY OF COQUITLAM,

        Defendants.

**ORDER RE: PLAINTIFF'S MOTION FOR LEAVE TO FILE BOTH A RESPONSE
TO DEFENDANT BROCK USA, LLC'S MOTION FOR SUMMARY
JUDGMENT AND CROSS MOTION FOR SUMMARY JUDGMENT
THAT EXCEED THE PAGE LIMITATIONS**

        THIS MATTER having come before this Court upon the Plaintiff's Motion for Leave to File Both a Response to Defendant Brock USA, LLC's Motion for Summary and Cross Motion For Summary Judgment that Exceeds the Page Limitation, and having been so advised in the premises,

        THE COURT HEREBY ORDERS said Motion is GRANTED.  Plaintiff Colorado Casualty Insurance Company is granted its Motion for Leave to File both a Response to Defendant Brock USA, LLC's Motion for Summary Judgment and Cross Motion for Summary Judgment that Exceeds the Page Limitation, not to exceed 27 pages.

        DONE THIS 16th DAY OF APRIL, 2012.

        BY THE COURT:

        *s/ David M. Ebel*

        DAVID M. EBEL
        UNITED STATES CIRCUIT COURT JUDGE

2003629760_1