**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-02527-DME-KMT

COLORADO CASUALTY INSURANCE COMPANY,

      Plaintiff,

v.

BROCK USA LLC, and the CITY OF COQUITLAM,

      Defendants.

---

**ORDER GRANTING JOINT MOTION FOR ENTRY OF FINAL JUDGMENT (Doc. #96)**

---

      THE COURT hereby finds and concludes that the Orders reflected in ECF Nos. 79 and 91 resolves the claims and counterclaims presented to the Court.

      Furthermore, based upon the Parties stipulation, the Court hereby Orders that in the event that the above-referenced Orders are reversed and remanded to this Court, the parties will be allowed to pursue all claims, counterclaims and defenses asserted in this matter prior to the entry of this Final Judgment, consistent with the remand order and the issues presented by the parties on appeal.

      Accordingly, pursuant to Fed. R. Civ. P. Rule 58(d), the Court hereby directs the Clerk to enter final judgment in favor of Plaintiff, Colorado Casualty Insurance Company.

      DATED this 15th day of October, 2013.

                                              BY THE COURT:

                                              *s/ David M. Ebel*

                                              UNITED STATES DISTRICT COURT JUDGE
                                              FOR THE DISTRICT OF COLORADO