## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02527-DME-KMT

COLORADO CASUALTY INSURANCE COMPANY

      Plaintiff,

v.

BROCK USA LLC, and
THE CITY OF COQUITLAM,

      Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Joint Motion For Entry Of Final Judgment [Docket

No. 97] of Senior Circuit Judge David M. Ebel entered on October 15, 2013 it is

**ORDERED** that the Joint Motion For Entry Of Final Judgment [Docket No. 96] is

**GRANTED**.  It is

**FURTHER ORDERED** that Orders reflected in Docket Nos. 79 and 91 resolves

the claims and counterclaims presented to the Court.  It is

**FURTHER ORDERED** that in the event that the above-referenced Orders are

reversed and remanded to this Court, the parties will be allowed to pursue all claims,

counterclaims and defenses asserted in this matter prior to the entry of this Final

Judgment, consistent with the remand order and the issues presented by the parties on

appeal. It is

**FURTHER ORDERED** that final judgment shall enter in favor of Plaintiff,

Colorado Casualty Insurance Company and against the Defendants Brock USA LLC

and The City of Coquitlam.

It is

**FURTHER ORDERED** that the Plaintiff  is **AWARDED** costs, to be taxed by the

Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.


Dated at Denver, Colorado this 16th day of October, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk